**Order entered March 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00874-CV

**HASSAN PARSA, Appellant**

**V.**

**VINCENT WALKER, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-11870**

## ORDER

Upon being notified that appellant had filed a petition for bankruptcy, this Court, in an order dated August 15, 2014, abated this cause. *See* 11 U.S.C. § 362; Tex. R. App. P. 8.2. Appellant has filed a motion to reinstate informing the Court that the bankruptcy court has lifted the automatic stay to allow this appeal to proceed. Accordingly, we **GRANT** appellant's motion and **REINSTATE** the appeal.

Appellant's brief is due **THIRTY DAYS** from the date of this order.

/s/      ELIZABETH LANG-MIERS
JUSTICE